# FILED

## SEP 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-70574 WDB |
| Plaintiff, | |
| v. | **ORDER TO UNSEAL CRIMINAL COMPLAINT AND SUPPORTING AFFIDAVIT** |
| MICHAEL MARTIN,<br>JESSICA SANDERS,<br>MICHAEL ANDERSON, and<br>DIALLO MCLINN, | |
| Defendants. | |

Good cause appearing therefore, it is hereby ordered that the criminal complaint, affidavit in support of the criminal complaint, and all related papers in the above matter are unsealed.

DATED: September 26, 2007

HON. NANDOR VADAS
United States Magistrate Judge