| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 48 min  2:43:25 — 2:46:37 | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Frances Stone for Ivy L. Garcia | REPORTER/FTR<br>FTR: 9/27/07 1:32:08-2:18:32 AND ↗ | | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>9/27/07 | NEW CASE ☐ | CASE NUMBER<br>4-07-70574-WDB | |

### APPEARANCES

| DEFENDANT<br>Jessica Sanders | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Randolph Daar (special appearance) | PD. ☐  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Shashi Kewalramani | INTERPRETER<br>none | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Silvio Lugo | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>5 min | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING<br>25 min | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS  9mw  9/27/07 | ☒ ADVISED OF CHARGES  9mw  9/27/07 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED SEP 27 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 200,000 | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>10/5/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☒ OTHER<br>Status re Counsel |
| BEFORE HON.<br>WDB | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Matter set 10/5/07 at 10am to inform court if Randolph Daar will be retained counsel or if it will be another counsel.
Also set 10/19/07 at 10:00am BEFORE WDB FOR PRELIMINARY HEARING/STATUS.
cc: WDB Stats; IVY; Pretrial

DOCUMENT NUMBER: