```
 1  RANDOLPH E. DAAR #88195
    506 Broadway
 2  San Francisco CA 94133
    Telephone: 415/986-5591
 3
    Attorney for Defendant
 4  JESSICA SANDERS

 5

 6

 7

 8              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 9                 SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,

12          Plaintiff,             07-70574-WDB

13     v.                          EX PARTE REQUEST
                                   TO EXPAND TRAVEL
14  JESSICA SANDERS, et al.,

15          Defendants.
    _____/
16

17       COMES NOW defendant JESSICA SANDERS, through counsel, and

18  hereby requests that her travel be expanded to include the

19  Eastern District of California.  In support of said request,

20  counsel declares:

21       I am an attorney licensed to practice in the State of

22  California and before this Court.  I am the attorney of record

23  for defendant JESSICA SANDERS.

24       Defendant respectfully requests that her travel be expanded

25  to include the Eastern District of California for family

26  purposes.

27       My associate has discussed this matter with United States

28  Pretrial Services Officer, Paul Mamaril and with Assistant
```

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

1

1  United States Attorney, Shashi Kewalramani, who have no
2  objections to Ms. Sander's request to expand her travel to the
3  Eastern District of California.
4      Under the circumstances I respectfully request that the
5  court grant Ms. Sander's request.
6      I declare under penalty of perjury that the foregoing is
7  true and correct, and that this declaration is executed on
8  October 11, 2007, at San Francisco, California.

                                    /s/ RANDOLPH E. DAAR
                                    RANDOLPH E. DAAR

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331