UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 07-70574-WDB |
| v. | [PROPOSED] ORDER EXPANDING TRAVEL |
| JESSICA SANDERS, et al., | |
| Defendants. | |

Upon request of defendant and good cause appearing,

IT IS HEREBY ORDERED that JESSICA SANDERS travel be expanded to include the Eastern District of California.

Dated:

_____
MAGISTRATE JUDGE, U. S. DISTRICT COURT

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1