FILED

OCT 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSICA SANDERS, et al.,

    Defendants.

CR 07-70574-WDB

[PROPOSED] ORDER EXPANDING TRAVEL

Upon request of defendant and good cause appearing,

IT IS HEREBY ORDERED that JESSICA SANDERS travel be expanded to include the Eastern District of California.

Dated: 10-23-07

_____
MAGISTRATE JUDGE, U. S. DISTRICT COURT

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1