```
RANDOLPH E. DAAR #88195
ANNE MARIE TOMASSINI #239017
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
JESSICA SANDERS
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA SANDERS, et al.,<br><br>　　　　Defendants.<br>_____/ | CR 07-70574 WDB<br><br>EX PARTE REQUEST<br>FOR TRAVEL ORDER |

COMES NOW defendant JESSICA SANDERS, through counsel, and hereby requests that she be allowed to travel outside of the Northern District and Eastern Districts California to South Lake Tahoe, Nevada. In support of said request, counsel declares:

I am an attorney licensed to practice in the State of California and before this Court. I am one of the attorneys of record for defendant JESSICA SANDERS.

Defendant will be traveling from California to South Lake Tahoe, Nevada on Friday, November 23, 2007, to visit her family. She will be staying at Zephyr Cove, a condominium complex, located at 180 Elk Point Road, South Lake Tahoe, Nevada, telephone number (775) 588-2388, on Friday, November 23 and

Saturday, November 24th.  She will returning to California on Sunday, November 25th.

My associate has discussed this matter with United States Pretrial Services Officer Paul Mamaril and with Assistant United States Attorney Shashi Kewalramani, who have no objections to Ms. Sander's requested travel.

Under the circumstances I respectfully request that the court grant Ms. Sander's request.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on November 13, 2007, at San Francisco, California.

                                                 /s/ RANDOLPH E. DAAR
                                                 RANDOLPH E. DAAR

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331