UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,               CR 07-70574 WDB

  v.                          ORDER ALLOWING TRAVEL

JESSICA SANDERS, et al.,

    Defendants.
_____/

    Upon request of defendant and good cause appearing,

    IT IS HEREBY ORDERED that JESSICA SANDERS may travel to South Lake Tahoe, Nevada, from November 23 to November 25, 2007.

    Dated:

                                        _____
                                        WAYNE D. BRAZIL
                                        Magistrate Judge
                                        United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331