FILED
NOV 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JESSICA SANDERS, et al.,

    Defendants.
_____/

CR 07-70574 WDB

<u>ORDER ALLOWING TRAVEL</u>

Upon request of defendant and good cause appearing,

IT IS HEREBY ORDERED that JESSICA SANDERS may travel to South Lake Tahoe, Nevada, from November 23 to November 25, 2007.

Dated: 11-16-07

_____
WAYNE D. BRAZIL
Magistrate Judge
United States District Court

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Financial

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331