1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,          CR 07-70574 WDB

9          Plaintiff,                 [PROPOSED] ORDER GRANTING THIRD
                                      STIPULATION TO WAIVE TIME UNDER
10      v.                            SPEEDY TRIAL ACT AND FOR
                                      PRELIMINARY HEARING
11  MICHAEL MARTIN, et al.,

12          Defendant.
    _____/

13

14      Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. §

15  3161(h)(8), the parties in this matter have filed a Third

16  Stipulation to Waive Time Under the Speedy Trial Act and for

17  Preliminary Hearing, seeking to waive and extend the time for

18  the preliminary hearing and to exclude the time between December

19  14, 2007, through January 23, 2008, from the Speedy Trial Clock.

20  The stipulation was signed by counsel of record as well as the

21  defendants such that the defendants are knowingly and

22  voluntarily waiving their rights to a preliminary hearing on

23  December 14, 2007, and extending the preliminary hearing until

24  January 23, 2008.

25

26

27

28

1    The stipulation noted that the government provided

2  discovery to defendants' counsel during the period previously

3  excluded (from October 26, 2007 to December 14, 2007).

4    Additional time will allow defendants' counsel to better

5  evaluate the case, including the prospect of early resolution at

6  the pre-indictment stage.  Counsel also acknowledged that an

7  exclusion of time under the Speedy Trial Act is appropriate to

8  allow for the effective preparation of defense counsel taking

9  into account the exercise of due diligence.  Good cause

10 appearing therefor,

11    **IT IS HEREBY ORDERED** that the period between December 14,

12 2007, and January 23, 2008, is excluded from the Speedy Trial

13 Clock to allow counsel to effectively prepare, taking into

14 account the exercise of due diligence.  18 U.S.C. §

15 3161(h)(8)(B)(iv).  The Court finds that the "ends of justice

16 served by the granting of such continuance outweigh[s] the best

17 interests of the public and the defendant in a speedy trial."

18 18 U.S.C. § 3161(h)(8)(A).  Additionally, the Court finds that

19 the defendants knowingly and voluntarily waived the period

20 between December 14, 2007, and January 23, 2008, such that

21 preliminary hearing is now scheduled for January 23, 2008 at

22 10:00 a.m.

23    Dated:

24

25    _____

26    WAYNE D. BRAZIL, Judge
      United States District Court

27

28