```
1  J. TONY SERRA #32639
   SARA ZALKIN #223044
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415/986-5591

4  Attorneys for Defendant
   MICHAEL MARTIN
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-70574 WDB |
| Plaintiff, | |
| v. | **AMENDED THIRD STIPULATION TO WAIVE TIME UNDER THE SPEEDY TRIAL ACT WITH RESPECT TO PRELIMINARY HEARING AND FILING OF FURTHER CHARGING DOCUMENTS** |
| MICHAEL MARTIN, et al., | |
| Defendants. | |

This matter is scheduled for preliminary hearing or arraignment on Friday, December 14, 2007, at 10:00 a.m.

The government provided as discovery over 1,400 pages of documents during the month of October. In early November, the government provided 10 CD-ROMs containing photographs and video recordings.

Additional discovery was produced as recently as December 5, 2007, consisting of further DEA-6 reports.

The parties have previously agreed and so stipulated to waive time for the preliminary hearing in order for counsel to have sufficient time to review the discovery and evaluate the prospect of pre-indictment resolution.

1    The parties had scheduled a meeting wherein counsel for all
2 parties would meet and confer.
3    However, the meeting did not go forward as planned, and as
4 of the time of writing, the parties are attempting to
5 reschedule.
6    The exclusion of additional time will facilitate the
7 prospect of meaningful discussions which could obviate the need
8 to consume judicial and public resources as well as some of the
9 defendants' resources with respect to investigation and
10 litigation of motions in preparation for trial.
11    In light of the foregoing, all of the defendants agree to
12 waive the necessary additional time pursuant to Fed.R.Crim.P. 5
13 and 18 U.S.C. § 3161, the Speedy Trial Act, such that the pre-
14 liminary hearing be extended to January 29, 2008, at 10:00 a.m.
15    All of the defendants are out of custody on bond.
16 Defendants each have consulted with their attorneys and
17 understand that they have the right to a preliminary hearing or
18 that further charging documents be presented and filed with the
19 Court on the day of or before said preliminary hearing.
20 Pursuant to Fed.R.Crim.P. 5.1(d), the defendants knowingly and
21 voluntarily waive their rights to a preliminary hearing on
22 December 14, 2007, and agree to extend the time for preliminary
23 hearing until January 29, 2008.  The parties also agree that
24 good cause exists to grant the extension in light of the ongoing
25 discovery process and for the effective preparation of counsel
26 for the defendants.
27    The parties jointly request that the time between December
28 14, 2007, and January 29, 2008, be excluded under the Speedy

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2

1  Trial Clock to allow defendants' counsel to review any
2  additional discovery and effectively prepare, taking into
3  account the exercise of due diligence.  See 18 U.S.C. §§
4  3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties agree that the
5  "ends of justice served by the granting of such continuance
6  outweigh the best interests of the public and the defendant[s]
7  in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).
8       Dated:  December 13, 2007

10 SCOTT N. SCHOOLS
   United States Attorney

12 /s/ SHASHI KEWALRAMANI
   H.H. (SHASHI) KEWALRAMANI
13 Assistant United States Attorney
   Attorney for the United States

15 /s/ SARA ZALKIN                       /s/
   SARA ZALKIN                           MICHAEL MARTIN
16 Attorney for MICHAEL MARTIN           Defendant

17
   /s/ RANDOLPH E. DAAR                  /s/
18 RANDOLPH E. DAAR                      JESSICA SANDERS
   Attorney for JESSICA SANDERS          Defendant

20 /s/ JEROME MATTHEWS                   /s/
   JEROME MATTHEWS                       MICHAEL ANDERSON
21 Attorney for MICHAEL ANDERSON         Defendant

22
   /s/   TED CASSMAN                     /s/
23 TED CASSMAN                           DIALLO McLINN
   LAUREL HEADLEY                        Defendant
24 Attorneys for DIALLO McLINN

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

3