```
 1  RANDOLPH E. DAAR #88195
    ANNE MARIE TOMASSINI #239017
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorney for Defendant
    JESSICA SANDERS
 5

 6

 7

 8                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 9                     SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,

12          Plaintiff,               CR 07-70574 WDB

13     v.                            EX PARTE REQUEST
                                     FOR TRAVEL ORDER
14  JESSICA SANDERS, et al.,

15          Defendants.
    _____/
16
```

17     COMES NOW defendant JESSICA SANDERS, through counsel, and

18 hereby requests that she be allowed to travel outside of the

19 Northern and Eastern Districts of California to South Lake

20 Tahoe, Nevada.  In support of said request, counsel declares:

21     I am an attorney licensed to practice in the State of

22 California and before this Court.  I am one of the attorneys of

23 record for defendant JESSICA SANDERS.

24     Defendant will be traveling from California to South Lake

25 Tahoe, Nevada on Saturday, February 9, 2008, to make use of the

26 timeshare she purchased prior to her arrest before it expires.

27 She will be staying at Zephyr Cove, a condominium complex,

28 located at 180 Elk Point Road, South Lake Tahoe, Nevada, 89448,

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

1

1 telephone number (775) 588-2388.  She will returning to
2 California on Sunday, February 10, 2008.
3     My associate has discussed this matter with United States
4 Pretrial Services Officer Paul Mamaril and with Assistant United
5 States Attorney Shashi Kewalramani, who have no objections to
6 Ms. Sander's requested travel.
7     Under the circumstances I respectfully request that the
8 court grant Ms. Sander's request.
9     I declare under penalty of perjury that the foregoing is
10 true and correct, and that this declaration is executed on
11 January 16, 2008, at San Francisco, California.

          /s/ RANDOLPH E. DAAR
          RANDOLPH E. DAAR

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

2