UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | 4-07-70574 WDB |
|   v. | <u>ORDER ALLOWING TRAVEL</u> |
| JESSICA SANDERS, et al., | |
|     Defendants. | |

Upon request of defendant and good cause appearing,

IT IS HEREBY ORDERED that JESSICA SANDERS may travel to South Lake Tahoe, Nevada, from February 9 to February 10, 2008.

Dated: January 18, 2008

_/s/ Wayne D. Brazil_____
WAYNE D. BRAZIL
Magistrate Judge
United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331