```
 1  J. TONY SERRA #32639
    SARA ZALKIN #223044
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for Defendant
    MICHAEL MARTIN
 5

 6

 7

 8                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
 9                       OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,
                                       CR 07-70574 WDB
12          Plaintiff,
                                       FOURTH STIPULATION TO WAIVE
13      v.                             TIME UNDER THE SPEEDY TRIAL ACT
                                       WITH RESPECT TO PRELIMINARY
14  MICHAEL MARTIN, et al.,            HEARING AND FILING OF FURTHER
                                       CHARGING DOCUMENTS
15          Defendants.
    _____/
16

17      This matter is scheduled for preliminary hearing or
18  arraignment on Tuesday, January 29, 2008, at 10:00 a.m.
19      The parties have previously agreed and so stipulated to
20  waive time for the preliminary hearing in order for counsel to
21  have sufficient time to review the discovery and evaluate the
22  prospect of pre-indictment resolution.
23      On December 20, 2007, counsel for all parties met and
24  conferred. Shortly thereafter, the government circulated a draft
25  version of a proposed plea agreement to each defendant through
26  their respective counsel.
27      The exclusion of additional time is likely to obviate the
28  need to consume judicial and public resources insofar as the
```

1  parties believe in good faith that resolution is close at hand.
2      In light of the foregoing, all of the defendants agree to
3  waive the necessary additional time pursuant to Fed.R.Crim.P. 5
4  and 18 U.S.C. § 3161, the Speedy Trial Act, such that the pre-
5  liminary hearing be extended to February 26, 2008, at 10:00 a.m.
6      All of the defendants are out of custody on bond. Defen-
7  dants each have consulted with their attorneys and understand
8  that they have the right to a preliminary hearing or that
9  further charging documents be presented and filed with the Court
10 on the day of or before said preliminary hearing.  Pursuant to
11 Fed.R.Crim.P. 5.1(d), the defendants knowingly and voluntarily
12 waive their rights to a preliminary hearing on January 29, 2008,
13 and agree to extend the time for preliminary hearing until
14 February 26, 2008.
15     The parties jointly request that the time between January
16 29, 2008, and February 26, 2008, be excluded under the Speedy
17 Trial Clock to allow defendants' counsel to effectively prepare,
18 taking into account the exercise of due diligence.  See 18
19 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties
20 agree that the "ends of justice served by the granting of such
21 continuance outweigh the best interests of the public and the
22 defendant[s] in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1  For the foregoing reasons, the parties respectfully request
2 that the matter be continued from January 29, 2008, to February
3 26, 2008, at 10:00 a.m.

4  Dated: January 24, 2008

                                Joseph P. Russoniello
                                United States Attorney


                                /s/ SHASHI KEWALRAMANI
                                H.H. (SHASHI) KEWALRAMANI
                                Assistant United States Attorney


11 /s/ SARA ZALKIN                    /s/
   SARA ZALKIN                        MICHAEL MARTIN
12 Attorney for MICHAEL MARTIN        Defendant


   /s/ RANDOLPH E. DAAR               /s/
14 RANDOLPH E. DAAR                   JESSICA SANDERS
   Attorney for JESSICA SANDERS       Defendant


16 /s/ JEROME MATTHEWS                /s/
   JEROME MATTHEWS                    MICHAEL ANDERSON
17 Attorney for MICHAEL ANDERSON      Defendant


   /s/   TED CASSMAN                  /s/
19 TED CASSMAN                        DIALLO McLINN
   LAUREL HEADLEY                     Defendant
20 Attorneys for DIALLO McLINN