UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-70574 WDB |
| Plaintiff, | [PROPOSED] ORDER GRANTING FOURTH STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL ACT AND FOR PRELIMINARY HEARING |
| v. | |
| MICHAEL MARTIN, et al., | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter have filed a Fourth Stipulation to Waive Time Under the Speedy Trial Act and for Preliminary Hearing, seeking to waive and extend the time for the preliminary hearing and to exclude the time between January 29, 2008, through February 26, 2008, from the Speedy Trial Clock. The stipulation was signed by counsel of record as well as the defendants such that the defendants are knowingly and voluntarily waiving their rights to a preliminary hearing on January 29, 2008, and extending the preliminary hearing until February 26, 2008.

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the period between January 29, 2008, and February 26, 2008, is excluded from the Speedy Trial Clock to allow counsel to effectively prepare, taking into

1  account the exercise of due diligence.  18 U.S.C. §
2  3161(h)(8)(B)(iv).  The Court finds that the "ends of justice
3  served by the granting of such continuance outweigh[s] the best
4  interests of the public and the defendant in a speedy trial."
5  18 U.S.C. § 3161(h)(8)(A).  Additionally, the Court finds that
6  the defendants knowingly and voluntarily waived the period
7  between January 29, 2008, and February 26, 2008, such that
8  preliminary hearing is now scheduled for February 26, 2008, at
9  10:00 a.m.
10     Dated:

                                    _____
                                    WAYNE D. BRAZIL, Judge
                                    United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2